1 | BENJAMIN B. WAGNER
United States Attorney
2 | MARK J. MCKEON
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00031-AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF YVETTE MAURA AUGUST; ORDER THERON |
| v. | |
| YVETTE MAURA AUGUST, | DATE: September 16, 2013 |
| | TIME: 10:00 a.m. |
| Defendant. | CTRM: HON. ANTHONY W. ISHII |

The parties, by and through their undersigned counsel, agree that the court may continue the sentencing for defendant YVETTE MAURA AUGUST from September 9, 2013, until **September 16, 2013, at 10:00 a.m.** The reason for this request is that counsel

//
//
//
//
//
//
//

Stipulation to Continue Sentencing
of Yvette August

1

for the government will be out of the district on the currently scheduled sentencing date.

Dated: September 3, 2013				BENJAMIN B. WAGNER
						United States Attorney


					By:	 /s/ Mark J. McKeon
						MARK J. MCKEON
						Assistant U.S. Attorney


Dated: September 3, 2013			 /s/ Katherine Hart
						KATHERINE HART
						COUNSEL FOR DEFENDANT


**ORDER**

IT IS SO ORDERED.

Dated:   September 3, 2013			_____
						SENIOR  DISTRICT  JUDGE